Circuit Court for Baltimore County
Case No. 03-C-18-002119
Argued: June 3, 2021

IN THE COURT OF APPEALS

OF MARYLAND

No. 56

September Term, 2020

ADVANCED RADIOLOGY P.A., et al.

v.

WILLIAM JAMES BARTON, JR., et al.

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran

JJ.

PER CURIAM ORDER

Filed: June 8, 2021

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

ADVANCED RADIOLOGY P.A., et al.     *     IN THE

                                   *     COURT OF APPEALS

        v.                      *     OF MARYLAND

                                     *     No. 56

WILLIAM JAMES BARTON, JR., et al.     *     September Term, 2020

## PER CURIAM ORDER

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this 8th day of June, 2021,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge